JS-6

PAMELA L. JOHNSTON, CA BAR NO. 132558
MICHAEL B. MCCOLLUM, CA BAR NO. 235447
**FOLEY & LARDNER LLP**
555 S. FLOWER ST., SUITE 3500
LOS ANGELES, CA 90071
TELEPHONE:   213.972-4500
FACSIMILE:   213.486-0065
EMAIL:   PJOHNSTON@FOLEY.COM
MMCCOLLUM@FOLEY.COM

Attorneys for Defendants
JOHNSON CONTROLS, INC., MICHAEL PUTICH,
MICHAEL MATHES and RICHARD BEDDIE

RICHARD C. GOODMAN, STATE BAR NO. 47914
rgoodman@sycr.com
MARC J. SCHNEIDER, STATE BAR NO. 214609
mschneider@sycr.com
THOMAS H. KAO, STATE BAR NO. 241528
tkao@sycr.com
**STRADLING YOCCA CARLSON & RAUTH**
**A PROFESSIONAL CORPORATION**
660 NEWPORT CENTER DRIVE, SUITE 1600
NEWPORT BEACH, CA 92660-6422
TELEPHONE: 949.725.4000
FACSIMILE: 949.725.4100

Attorneys for Plaintiffs/Relators
ROMAN ZARETSKY and ROBERT YARDLEY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 11 2010

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA *ex rel.* ROMAN ZARETSKY and ROBERT YARDLEY<br><br>Plaintiff,<br><br>vs.<br><br>JOHNSON CONTROLS, INC., a Wisconsin corporation, MICHAEL PUTICH, an individual, MICHAEL MATHES, an individual, RICHARD BEDDIE, an individual, and DOES 5 through 50, inclusive<br><br>Defendant. | SA CV-03-0028 DOC (ANx)<br><br>[PROPOSED] ORDER OF DISMISSAL<br><br>[Submitted concurrently with Stipulation of Dismissal With Prejudice of the Civil Action] |

ORDER OF DISMISSAL
Case No. SACV 03-0028 DOC (ANx)

LACA_2401110.4

**[PROPOSED] ORDER**

Upon consideration of the Stipulation of Dismissal With Prejudice of the Civil Action in this matter of *United States ex rel Zaretsky v. Johnson Controls, Inc., et al.*, No. 2:02-CV-9102, later renumbered to *SA CV 03-0028-DOC (ANx)*, filed by Relators and Defendants, and consented to by the United States and the University of California (as described below, the Regents of the University of California is the appropriate political subdivision for the State of California for the claims asserted on behalf of the State of California in this Action), it is hereby:

ORDERED that the Action and all Complaints are dismissed as follows:

1. Pursuant to and consistent with the terms of the Settlement Agreement Between Defendants, Relators and the United States, effective December 16, 2009 (the "Federal Settlement Agreement"), the dismissal shall be with prejudice to the Relators, and with prejudice to the United States only to the extent of the "Covered Conduct," as that term is defined in the Federal Settlement Agreement, and otherwise without prejudice to the United States.

2. Pursuant to and consistent with the terms of the Final Settlement Agreement and Releases with University of California, effective December 16, 2009 (the "University of California Settlement Agreement"), the dismissal shall be with prejudice to the Relators, and with prejudice to the University of California only to the extent of the "U.C. Covered Conduct," as that term is defined in the University of California Settlement Agreement, and otherwise without prejudice to the University of California. Further, because the claims alleged in the Action on behalf of the State of California under the California False Claims Act are claims belonging to the University of California and the University of California is the proper party to assert these claims, pursuant to Article IX, Section 9 of the California Constitution and California Government Code section 12651.5, and because there are no other claims in this Action asserted on behalf of the State of

California, the dismissal of this Action regarding the University of California described above in this paragraph 2 shall constitute the dismissal of the Action that was brought by the Relators purportedly on behalf of the State of California.

3. Pursuant to and consistent with the terms of the Confidential Settlement Agreement Between JCI, the Individual Defendants, the Relators and Relators' Counsel, (the "Confidential Settlement Agreement"), the Action shall be dismissed in its entirety and with prejudice as to Relators.

4. As stipulated by the parties, no party shall seek from the Court or file a request with the Court for costs or attorneys' fees.

IT IS SO ORDERED

DATED: _____January 11_____, 2010

_____David O. Carter_____
HON. DAVID O. CARTER
UNITED STATES DISTRICT COURT

FOR RELATORS:

Dated: January 11, 2010

Respectfully submitted,

STRADLING YOCCA CARLSON & RAUTH

By: _____
MARC J. SCHNEIDER
Attorneys for Plaintiffs and Relators
ROMAN ZARETSKY and ROBERT YARDLEY

2

ORDER OF DISMISSAL
Case No. SACV 03-0028 DOC (ANx)

| | |
|---|---|
| 1  FOR DEFENDANTS: | |
| 2  Dated: January 11, 2010 | FOLEY & LARDNER LLP |
| 3 | |
| 4 | |
| 5 | By: /s/ Pamela Johnston |
| 6 | PAMELA L. JOHNSTON |
| 7 | Attorneys for Defendants JOHNSON CONTROLS, INC., MICHAEL PUTICH, MICHAEL MATHES and RICHARD BEDDIE |
| 8 | |
| 9  CONSENT OF THE UNITED STATES: | |
| 10  Dated: January __, 2010 | TONY WEST  Assistant Attorney General  JOYCE R BRANDA  PATRICIA R. DAVIS |
| 14 | By: _____ |
| 15 | MICHAL TINGLE  ATTORNEYS FOR THE UNITED STATES  CIVIL DIVISION |
| 16 | U.S. DEPARTMENT OF JUSTICE  COMMERCIAL LITIGATION BRANCH |
| 17 | P.O. BOX 261  BEN FRANKLIN STATION |
| 18 | WASHINGTON, D.C. 20044  TELEPHONE: (202) 307-1381 |
| 20  CONSENT OF THE REGENTS OF THE UNIVERSITY OF CALIFORNIA: | |
| 21  Dated: January __, 2010 | _____ |
| 24 | By: _____ |
| 25 | CHRISTOPHER PATTI  ATTORNEY FOR THE REGENTS OF THE UNIVERSITY OF CALIFORNIA |

3

ORDER OF DISMISSAL
Case No. SACV 03-0028 DOC (ANx)

LACA_2401110.4

```
 1  FOR DEFENDANTS:
 2  Dated: January __, 2010              FOLEY & LARDNER LLP
 3
 4
 5                                       By: _____
                                         PAMELA L. JOHNSTON
 6                                       Attorneys for Defendants JOHNSON
                                         CONTROLS, INC., MICHAEL PUTICH,
 7                                       MICHAEL MATHES and RICHARD
                                         BEDDIE
 8
 9  CONSENT OF THE UNITED STATES:
                                         TONY WEST
10  Dated: January 10, 2010              Assistant Attorney General
                                         JOYCE R BRANDA
11                                       PATRICIA R. DAVIS
12
13
14                                       By: _____
                                         MICHAL TINGLE
15                                       ATTORNEYS FOR THE UNITED STATES
                                         CIVIL DIVISION
16                                       U.S. DEPARTMENT OF JUSTICE
                                         COMMERCIAL LITIGATION BRANCH
17                                       P.O. BOX 261
                                         BEN FRANKLIN STATION
18                                       WASHINGTON, D.C. 20044
                                         TELEPHONE: (202) 307-1381
19
20  CONSENT OF THE REGENTS OF THE UNIVERSITY OF CALIFORNIA:
21  Dated: January __, 2010              _____
22
23
24                                       By: _____
                                         CHRISTOPHER PATTI
25                                       ATTORNEY FOR THE REGENTS OF THE
                                         UNIVERSITY OF CALIFORNIA
26
27                                       _____
28                                       3
                                                         ORDER OF DISMISSAL
                                                 Case No. SACV 03-0028 DOC (ANx)
```

LACA_2401110.4

```
 1 | FOR DEFENDANTS:
 2 | Dated: December __, 2009          FOLEY & LARDNER LLP
 3 |
 4 |
 5 |                                   By: _____
   |                                   PAMELA L. JOHNSTON
 6 |                                   Attorneys for Defendants JOHNSON
   |                                   CONTROLS, INC., MICHAEL PUTICH,
 7 |                                   MICHAEL MATHES and RICHARD
   |                                   BEDDIE
 8 |
 9 | CONSENT OF THE UNITED STATES:
   |                                   TONY WEST
10 | Dated: December __, 2009          Assistant Attorney General
   |                                   JOYCE R BRANDA
11 |                                   PATRICIA R. DAVIS
12 |
13 |
14 |                                   By: _____
   |                                   MICHAL TINGLE
15 |                                   ATTORNEYS FOR THE UNITED STATES
   |                                   CIVIL DIVISION
16 |                                   U.S. DEPARTMENT OF JUSTICE
   |                                   COMMERCIAL LITIGATION BRANCH
17 |                                   P.O. BOX 261
   |                                   BEN FRANKLIN STATION
18 |                                   WASHINGTON, D.C. 20044
   |                                   TELEPHONE: (202) 307-1381
19 |
20 | CONSENT OF THE REGENTS OF THE UNIVERSITY OF CALIFORNIA:
21 | Dated: December 8, 2009           _____
22 |
23 |
24 |                                   By: [signature]
   |                                   CHRISTOPHER PATTI
25 |                                   ATTORNEY FOR THE REGENTS OF THE
   |                                   UNIVERSITY OF CALIFORNIA
26 |
27 |                                   _____
28 |                                        3
```

ORDER OF DISMISSAL
Case No. SACV 03-0028 DOC (ANx)

LACA_2401110.4